JOHN GRECO *v.* NASAR ARAP ET AL.

The petition for certification by the defendant John Ouellette for appeal from the Appellate Session of the Superior Court is denied by the court.

*Michael Brodinsky,* in support of the petition.
*John J. Bennett,* in opposition.

Decided November 1, 1979

STATE OF CONNECTICUT *v.* FRANK JONES

The defendant's petition for certification for appeal from the Appellate Session of the Superior Court is denied by the court.

*Jerrold H. Barnett,* public defender, in support of the petition.

Decided November 1, 1979

DENNIS R. BROWN ET AL. *v.* ZONING BOARD OF APPEALS OF THE TOWN OF SOUTH WINDSOR ET AL.

The plaintiffs' petition for certification for appeal from the judicial district of Hartford-New Britain at Hartford is denied by the court.

*Jay B. Weintraub,* in support of the petition.
*James H. Throwe* and *Richard M. Rittenband,* in opposition.

Decided November 6, 1979